**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Derrick Vincent REDD, Defendant–Appellant.**

No. 11–6211.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 21, 2011.

Decided: April 27, 2011.

Derrick Vincent Redd, Appellant Pro Se. Robert Andrew Spencer, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick Vincent Redd appeals the district court's order denying his motion filed under 28 U.S.C. § 455(a) (2006). We have reviewed the record and find no error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Redd,* No. 1:97–cr–00006–JCC–1 (E.D.Va. Jan. 6, 2011). We deny Redd's motion for a stay pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*